# United States Court of Appeals
## For the First Circuit

---

No. 23-1683

SCOTT ROSENTHAL,

Plaintiff - Appellant,

v.

BLOOMINGDALES.COM, LLC,

Defendant - Appellee.

---

Before

Barron, <u>Chief Judge</u>,
Selya, Thompson, Kayatta, Gelpí, Montecalvo, Rikelman, and Aframe
<u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: October 7, 2024

    The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Joseph P. Guglielmo
Carey Alexander
Brian C. Gudmundson
Ethan Samuel Binder
Michael J Laird
Rachel Kristine Tack

Jamisen A. Etzel
George W. Vien
Mark William Mosier
Eric C. Bosset
Emily Henn
Kendall Tappan Burchard
Grace Marie Pyo