# United States Court of Appeals
## For the First Circuit

No. 23-1683

SCOTT ROSENTHAL,

Plaintiff - Appellant,

v.

BLOOMINGDALES.COM, LLC,

Defendant - Appellee.

**MANDATE**

Entered: October 16, 2024

In accordance with the judgment of May 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Carey Alexander
Ethan Samuel Binder
Eric C. Bosset
Kendall Tappan Burchard
Jamisen A. Etzel
Brian C. Gudmundson
Joseph P. Guglielmo
Emily Henn
Michael J Laird
Mark William Mosier
Grace Marie Pyo
Rachel Kristine Tack
George W. Vien